**O**

# United States District Court
# Central District of California

| | |
|---|---|
| GRIGOR VARDEVARYAN, | Case № 2:25-CV-08661-ODW (BFMx) |
| Plaintiff, | |
| v. | **ORDER DENYING MOTION TO** |
| STATE FARM GENERAL | **DISMISS AS MOOT [10]** |
| INSURANCE COMPANY, | |
| Defendant. | |

///
///
///
///
///
///
///
///
///
///
///

Defendant State Farm General Insurance Company served Plaintiff Grigor Vardevaryan with a Federal Rule of Civil Procedure 12(b)(6) motion to dismiss in this case on October 16, 2025. (Dkt. No. 10.) On November 6, 2025, Plaintiff filed a First Amended Complaint, twenty-one days after Arch Insurance filed its responsive pleading. (Dkt. No. 14.) Federal Rule of Civil Procedure 15(a)(1) allows Plaintiffs to file an amended complaint once as a matter of course within twenty-one days of service with a Rule 12(b) motion. Therefore, Plaintiff's amended complaint was proper. As the pending motion to dismiss was based on a complaint that is no longer operative, the motion is **DENIED** as **MOOT** and the Court **VACATES** the hearing scheduled for November 17, 2025. *See Ramirez v. Cty. of San Bernardino*, 806 F.3d 1002, 1008 (9th Cir. 2015).

**IT IS SO ORDERED.**

November 10, 2025

_____

**OTIS D. WRIGHT, II**
**UNITED STATES DISTRICT JUDGE**